RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/29/2010
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| TOMMY LOUIS DAVIS<br>LA. DOC #345339<br>VS.<br><br>PAUL CAMPBELL, ET AL. | CIVIL ACTION NO. 09-1742<br>SECTION P<br>JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 5], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 6];

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 29 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE